IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CLARENCE R. SMITH, JR.,
ADC #132970                                                                                                PLAINTIFF

v.                                              2:10CV00007JMM/JTK

LARRY NORRIS, et al.                                                                              DEFENDANTS

## ORDER

    The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

    IT IS, THEREFORE, ORDERED that plaintiff's motion for preliminary injunctive relief (Doc. No. 26) is hereby DENIED.

    IT IS SO ORDERED this 15th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE