# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

CLARENCE R. SMITH, JR.,                                                         PLAINTIFF
ADC #132970

v.                        2:10-cv-00007-JMM-JTK

LARRY NORRIS, et al.                                                 DEFENDANTS

## **ORDER**

Plaintiff's Unopposed Motion to Dismiss this Action With Prejudice (Doc. No. 42) is GRANTED.[1]

An appropriate Judgment will accompany this Order.

IT IS SO ORDERED this 19th day of May, 2011.

                                                         _____
                                                         JAMES M. MOODY
                                                         UNITED STATES DISTRICT JUDGE

---

[1] Defendants indicate no objection in their Response to the Motion (Doc. No. 43).