**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CLARENCE R. SMITH, JR.,                                                                                    PLAINTIFF
ADC #132970

v.                                              2:10-cv-00007-JMM-JTK

LARRY NORRIS, et al.                                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice.

IT IS SO ADJUDGED this 19th day of May, 2011.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE