**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

CLARENCE R. SMITH, JR.,
ADC #132970                                                                                               PLAINTIFF

v.                                          2:10-cv-00007-JMM-JTK

LARRY NORRIS, et al.                                                                               DEFENDANTS

### ORDER

    This matter is before the Court on Plaintiff's <u>pro se</u> Motion for Reconsideration (Doc. No. 46) of this Court's May 19, 2011 Order and Judgment dismissing his Complaint against Defendants (Doc. Nos. 44, 45). Defendants and Plaintiff's Court-appointed counsel are hereby directed to respond to Plaintiff's Motion within ten days of the date of this Order.

    IT IS SO ORDERED this 13th day of July, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE