## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

CLARENCE R. SMITH, JR.,
ADC #132970                                                                                           PLAINTIFF

v.                                        2:10-cv-00007-JMM-JTK

LARRY NORRIS, et al.                                                                      DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Reconsideration, which this Court construes as a Motion for Relief from Judgment (Doc. No. 46) is DENIED.

IT IS SO ORDERED this 19th day of August, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE